RECEIVED
IN LAKE CHARLES, LA
OCT 21 2014
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PHILLIP TYLER W. HAMMONS, | * | CIVIL ACTION NO. 2:13-cv-2879 |
| Petitioner, | * | |
| v. | * | JUDGE MINALDI |
| C. MAIORANA, | * | |
| Respondent. | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 7] of the Magistrate Judge previously filed herein, to which the petitioner filed Objections [Doc. 8], after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that petitioner's petition for writ of *habeas corpus* [Doc. 1] be and hereby is **DISMISSED, WITH PREJUDICE.**

Lake Charles, Louisiana, this 20 day of October, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE